```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDRE BARBIER,

                        Plaintiff,

        - against -

GINA M. RAIMONDO,

                        Defendant.
------------------------------------------------------------X

22-CV-9074 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 19, 2023, the parties attended a mediation conference. A status report was due by August 18, 2023 but nothing has been filed.

    Accordingly, by September 26, 2023, the parties shall jointly file a status report as to mediation and case scheduling and progress.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2023
         New York, New York

Copies transmitted this date to all counsel of record.