```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDRE BARBIER,                          :
                                            :    22-CV-9074 (RWL)
                        Plaintiff,          :
                                            :
        - against -                         :    ORDER
                                            :
GINA M. RAIMONDO,                           :
                                            :
                        Defendant.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter dated March 29, 2024 (Dkt. 42), Defendant requested a pre-motion conference to address her intended motion for summary judgment. Plaintiff responded (Dkt. 43), contending there is no basis for summary judgment. Having given the matter due consideration, the request for a conference is denied, and Defendant may proceed with her intended motion. Defendant shall file the motion for summary judgment by May 6, 2024. Plaintiff shall file any opposition by June 10, 2024. Defendant shall file any reply by June 24, 2024.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2024
       New York, New York

Copies transmitted this date to all counsel of record.