# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ALEXANDRE BARBIER,

                    Plaintiff,                      22 **CIVIL** 9074 (RWL)

      -against-                          **<u>JUDGMENT</u>**

GINA M. RAIMONDO, Secretary,
U.S. DEPARTMENT OF COMMERCE,

                    Defendant.

-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 02, 2024, the Government's motion is granted; summary judgment is awarded in favor of the Government; and the case is dismissed. To the extent not discussed above, the Court has considered Barbier's arguments and determined them to be either moot or without merit. Judgment is entered for the Defendant and the case is closed.

**Dated:** New York, New York
        December 02, 2024

                                 **DANIEL ORTIZ**
                           _____
                              **Acting Clerk of Court**

           **BY:**
                         _____
                              **Deputy Clerk**